152 A.3d 753

**RAY, Bashawn Montgomery**

v.

**STATE of Maryland**

**Pet Docket No. 462, Sept. Term, 2016**

Court of Appeals of Maryland.

January 9, 2017

Petition for writ of certiorari granted

■

152 A.3d 753

**SAVAGE, Eddie Lee, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 463, Sept. Term, 2016**

Court of Appeals of Maryland.

January 9, 2017

Opinion of the Court of Special Appeals unreported (No. 323, Sept. Term, 2014)

Petition for writ of certiorari granted